# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

May 15, 2020

*By ECF*
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to June 17, 2020 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 15, 2020

Re:   *United States v. Anthony Perez-Batista*
      20 Cr. 151 (RA)

Dear Judge Abrams:

Jointly with the Government, I respectfully write on behalf of my client Mr. Anthony Perez-Batista to request an adjournment of the sentencing hearing currently set in this matter for Friday, May 22, 2020 at 11:30 A.M. for approximately thirty days. The final Presentence Report was issued only moments ago. Because Mr. Perez-Batista requires the assistance of a Spanish language interpreter, and because legal visitation remains suspended at the MCC, the PSR must be translated into Spanish, mailed to Mr. Perez-Batista before it may be reviewed with counsel by telephone or video conference. We will proceed expeditiously and hope to be prepared to proceed at the adjourned date.

I have discussed this matter with United States Attorney Elinor Tarlow who joins in this request.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
(212) 417-8734

cc:   Elinor Tarlow, Esq.
      Assistant United States Attorney