# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 8, 2020

By ECF
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentence is adjourned to August 14, 2020 at 11:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 8, 2020

Re:   *United States v. Anthony Perez-Batista*
      20 Cr. 151 (RA)

Dear Judge Abrams:

I write on behalf of my client Mr. Anthony Perez-Batista to object to the government's position that the Coronavirus Aid, Relief, and Economic Security ("CARES") Act requires that Mr. Perez-Batista's sentencing be delayed. It is clearly within the Court's purview to proceed with sentencing remotely, so long as Mr. Perez-Batista makes a knowing and voluntary waiver of his right to proceed in person.

Nevertheless, because the defense requires additional time to prepare for sentencing with Mr. Perez-Batista and to finalize our submission, I am constrained to respectfully request an adjournment of the sentencing hearing currently set in this matter for Friday, July 17, 2020 at 11:30 A.M. for approximately thirty days.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
(212) 417-8734

cc:   Elinor Tarlow, Esq.
      Assistant United States Attorney